STATE OF NEBRASKA, APPELLEE, v. PETER W. SCHMIDT, APPELLANT.

258 N. W. 2d 140

Filed October 12, 1977. No. 41272.

William Francis of Cunningham, Blackburn, Von-Seggern & Livingston, for appellant.

Paul L. Douglas, Attorney General, and J. Kirk Brown, for appellee.

Heard before WHITE, C. J., SPENCER, BOSLAUGH, McCOWN, CLINTON, BRODKEY, and WHITE, JJ.

WHITE, C. THOMAS, J.

The 29-year-old defendant admits breaking and entering a Grand Island doctor's office in the nighttime. He pled guilty to a burglary charge and was sentenced to 2 to 6 years at hard labor in the Nebraska Penal and Correctional Complex. The sentence

included credit for jailtime the defendant served prior to sentencing.

Defendant has a history of criminal charges beginning in 1967 with a burglary charge in Chicago. The defendant was placed on probation. In 1968, defendant was sentenced to serve a 2-year term in the Texas Department of Corrections for forgery and burglary. He was released after serving 14 months.

The defendant was employed with a moving company in Grand Island at the time of his arrest. The record and presentence report indicate defendant has a drinking problem. Defense counsel argues that defendant had not been involved in any felony-related activities for almost 10 years and urged probation.

For the crime of burglary, section 28-532, R. R. S. 1943, provides a sentence of imprisonment in the Nebraska Penal and Correctional Complex of not more than 10 years nor less than 1 year or by a fine not exceeding $500, or imprisonment in the county jail not exceeding 6 months. The sentence given was within the statutory limits.

The sentence was not excessive in light of defendant's record. The defendant had received probation on a previous burglary charge which he violated by a burglary conviction resulting in confinement.

The judgment and sentence of the trial court are affirmed.

AFFIRMED.